UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Delaware corporation,<br><br>            Defendants. | Case No. 1:16-cv-01197-AWI-SKO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 18) |

Upon stipulation of the parties, (Doc. 18), and for good cause appearing, the Court CONTINUES the scheduling conference in this matter from December 13, 2016, to January 12, 2017 at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **November 4, 2016**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

1