Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL, | Case No.: 1:16-cv-01197-AWI-SKO |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE: STANDARD OF REVIEW** |
| v. | Complaint Filed: July 11, 2016 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## JOINT STIPULATION

The parties, by and through their respective attorneys, hereby stipulate that the applicable judicial standard of review to govern in this case is *de novo*, and stipulate to take the February 27, 2017 Standard of Review motion filing deadline set by the Court's Scheduling Order (Doc. #25) off calendar.

IT IS SO STIPULATED.

Dated: February 7, 2017

BOLT KEENLEY KIM LLP

By: /s/ Brian H. Kim
   Brian H. Kim
   Attorneys for Plaintiff

Dated: February 7, 2017

MAYNARD COOPER & GALE

By: /s/ Robert E. Hess
   Robert E. Hess
   Attorneys for Defendant UNUM LIFE
   INSURANCE COMPANY OF AMERICA

## ORDER

Pursuant to the parties' above-stipulation, the applicable judicial standard of review to govern in this case is *de novo*, and the February 27, 2017, deadline to file motions to determine the appropriate standard of review is hereby VACATED.

IT IS SO ORDERED.

Dated:   **February 7, 2017**        /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE