UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL, ) | Case No.: 1:16-cv-01197-AWI-SKO |
| ) | |
| Plaintiff, ) | **ORDER THAT ADMINISTRATIVE** |
| ) | **RECORD IS TO BE FILED UNDER SEAL** |
| v. ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Court's Scheduling Order (Doc. 25), the parties shall lodge a copy of the Administrative Record with the Court by no later than February 13, 2017.

It is hereby ORDERED that, pursuant to Rule 141 of the Local Rules of the United States District Court, Eastern District of California, and for the reasons discussed at the Scheduling Conference held on January 12, 2017, the Administrative Record shall be filed UNDER SEAL, and only case participants are to have access to that document.

IT IS SO ORDERED.

Dated:   **February 7, 2017**                                /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE