# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL POWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 1:16-cv-01197-AWI-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 32)** |

On August 15, 2017, the parties filed a "Stipulation for Dismissal of Case With Prejudice," in which they notified the Court that Plaintiff has voluntarily dismissed his Complaint with prejudice. (Doc. 32.) This stipulation is signed by all current parties who have appeared in this action. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __**August 15, 2017**__　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE